**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1810

SAUNDRA TAYLOR,

Plaintiff - Appellant,

v.

MGM RESORTS INTERNATIONAL, LLC; MGM NATIONAL HARBOR CASINO; JOHN DOE,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, Senior District Judge. (8:21-cv-03192-DKC)

Submitted: November 22, 2022                    Decided: November 28, 2022

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Saundra Taylor, Appellant Pro Se.  Janea Joi Hawkins, Jeremy Steven Schneider, JACKSON LEWIS PC, Reston, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Saundra Taylor seeks to appeal the district court's order dismissing all but one of her claims in her complaint alleging public accommodation discrimination. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Taylor seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*